IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No.: 38/F3608608 18-19

UNITED STATES OF AMERICA,

Plaintiff,

v.

Clifton Brown

Defendant.

---

NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance   X  Cont Arraignment   ___Sentencing   ___Status

___Administrative Review   ___Show Proof   ___Other (_____)

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101      X  901 19th Street, Rm. A-105      ___1929 Stout St.
Colorado Springs, CO 80903         Denver, CO 80294                    Denver, CO 80294
                                    Watanabe

Appearance date: 12/09/2011, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NJC
Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 28 Oct 11        Name: LaFonda Jones
                              (Please Print)
                        Address: Ass't Federal Public Defender

Phone: _____

Revised 3/17/09