IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 38|F3685818-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Clifton Brown,

    Defendant.

---

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance    X Arraignment *cont*    ___ Sentencing    ___ Status

___ Administrative Review    ___ Show Proof    ___ Other (_____)

The location, date and time set for the hearing is: *mjshaffer*

___ 212 N. Wahsatch, Suite 101    X 901 19th Street, Rm. A-105    ___ 1929 Stout St.
    Colorado Springs, CO 80903      Denver, CO 80294      Denver, CO 80294

Appearance date: 01/27/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                        Greg Langham, Clerk

                        By: NLC
                             Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 9 Dec 11      Name: LaFonda Jones
                             (Please Print)
                        Address: Asst Federal Public Defender

Phone: _____
Revised 3/17/09