AO 234A (Rev. 03/11)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| F3685818-19 | 38 | 07/09/2011 | $275.00 |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| POSSESS/MARIJUANA | 816TMJ |

| UNITED STATES OF AMERICA V. CLIFTON B BROWN 193 CR 804 APT A1 PO BOX 2262 FRASER, CO 80442 | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| | 02/24/2012 10:00 AM | US MAGISTRATE JUDGE 901 19TH STREET ROOM A-105 DENVER, CO 80294 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

| SPECIAL INSTRUCTIONS |
|---|
| CASE RESET TO THE DATE LISTED ABOVER PER ATTORNEY AND U.S. ATTORNEY'S REQUEST |

----------- *If payment has been sent, disregard this notice.* -----------

*Detach this portion and return it with your payment*

| U. S. Courts - CVB P.O. Box 71363 Philadelphia, PA 19176-1363 (800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | 38 | F3685818-19 | $275.00 |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| CLIFTON B BROWN 193 CR 804 APT A1 PO BOX 2262 FRASER, CO 80442 | Credit card type: ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER<br>Card holder name:<br>Credit card number:<br>Telephone number:<br>Expiration date:<br>Signature: |

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: **Central Violations Bureau**. Write the violation number and location code on your check or money order.