# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 12-PO-1036-BNB |
| CLIFTON BROWN | LA FONDA TRAORE- FPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Found guilty on Counts 1 and 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 551;<br>36 C.F.R. 261.58 (t) | POSSESSION OF MARIJUANA | 07/11/2011 | 1 |
| 18 USC § 551;<br>36 C.F.R. 261.52(f) | POSSESSION OF ANY KIND OF FIREWORK | 07/11/2011 | 1 |

Defendant sentenced to 3 months jail. The defendant is ordered to be remanded immediately to the custody of the United States Marshals.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $0.00 | $0.00 | $0.00 |

06/22/2012
Date of Imposition of Judgment

*/s/ Boyd N. Boland*
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 22, 2012
Date

DEFENDANT: CLIFTON BROWN                                  CITATION NUMBER: 12-PO-1036-BNB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
3 MONTHS

☒ The defendant is ORDERED to be remanded immediately to the custody of the United States Marshals.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to_____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL